## No. 778

### PALLOZZI v. STATE

Ohio Appeals, 7th Dist., Mahoning County
Decided Oct. 10, 1924

465. ERROR—Under 12258 GC. when substantial right affected, error can be prosecuted.

661. INTOXICATING LIQUORS—Property seized during search for intoxicating liquor may be held by State until after trial, although accused was in lawful possession of same.

POLLOCK, J.

Epitomized Opinion

Published Only in Ohio Law Abstract

Pallozzi's premises were searched for intoxicating liquors. In the cellar of the house

## STATE COURT OF APPEALS—Continued

there was found a large amount of intoxicating liquors and other articles used in the blending and making of intoxicating liquors. This property was taken by the searching officers and afterwards an affidavit was filed before the mayor of Struthers charging Pallozzi with unlawful possession of intoxicating liquors.

After his arrest he filed a motion demanding the return of his property. At the close of the evidence, this motion was overruled. Pallozzi claimed that the liquor was lawfully possessed, and therefore the searching officers had no right to seize it. After an affirmation by the Common Pleas, error was prosecuted. In affirming the lower court, the Court of Appeals held:

1. Under 12258 GC. as the motion involved a substantial right to this property, granting or overruling of the motion was such an order affecting a substantial right to render the decision of the lower court reviewable.

2. When a search and seizure were being made for property that was illegally in possession, that property and papers taken which were not unlawfully in possession but which were competent evidence in the case, the state had a right to retain the same until a final disposition of the case.

Attorneys—Crager, Diser, Huey & Starrs, for Pallozzi; Perry Robison, for State; all of Youngstown.